UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 05-25081 (ASH) |
| DOUGLAS E. PALERMO, | Chapter 7 |
| Debtor. | |
| DAVID R. KITTAY, TRUSTEE, | |
| Plaintiff, | Adversary Proceeding No. 08-08205 (ASH) |
| v. | |
| DANIEL MCLEAN, MCL COMPANIES OF CHICAGO, INC., and SB HOUSING ENHANCEMENT, LLC, | Rule 7.1 Statement |
| Defendants. | |

*FILED FEB - 4 2008 USDC WP SDNY*

*JUDGE KARAS 08 CIV. 1136*

*RECEIVED FEB - 1 2008 U.S. BANKRUPTCY COURT, SDNY*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

None.

Dated:  January 30, 2008

SCHIFF HARDIN LLP

By: _____
Carl W. Oberdier (CO-4150)
Attorneys for Defendants
900 Third Avenue, 23rd Floor
New York, NY 10022
(212) 753-5000
(212) 753-5044 (facsimile)

NY\50250966.1