

900 THIRD AVENUE, 23RD FLOOR
NEW YORK, NEW YORK  10022

t 212.753.5000
f 212.753.5044

www.schiffhardin.com

Carl W. Oberdier
(212) 745-0848
Coberdier@schiffhardin.com

**MEMO ENDORSED**

February 28, 2008

**BY FEDERAL EXPRESS**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
Chambers 533
White Plains, NY 10601-4140

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

*Motion to Withdraw the Bankruptcy Reference (08-CV-01136 (KMK))*
*In re Douglas E. Palermo, Case No. 05-25081 (ASH)*
<u>*Kittay v. McLean, Adv. Pro. No. 08-08205*</u>

Dear Judge Karas:

    We represent the Defendants in the above-captioned adversary proceeding, in which Defendants have moved to withdraw the bankruptcy reference. The motion to withdraw the bankruptcy reference has been assigned to Your Honor. Subject to the Court's approval, we have agreed with counsel for the Plaintiff to the following briefing schedule on Defendants' motion:



The Hon. Kenneth M. Karas                  Page 2                    February 28, 2008

Plaintiffs' papers in opposition to Defendants' motion shall be due on or before March 7, 2008.

Defendants' reply papers in support of their motion shall be due on or before March 17, 2008.

Respectfully submitted,

*[signature]*

Carl W. Oberdier (CO4150)
Schiff Hardin LLP
900 Third Avenue
New York, New York  10022
(212) 745-0848  (direct)

Attorneys for the Defendants

cc:   Jonathan Bardavid, Esq. (by electronic mail)
      Storch Amini & Munves, PC
      Attorneys for the Plaintiff

The briefing schedule related to the motion to withdraw the bankruptcy reference is granted.

SO ORDERED

*[signature]*
KENNETH M. KARAS U.S.D.J.
2/29/08