UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

In re:

DOUGLAS E. PALMERMO,

                Debtor.

Case No. 08-CV-1136 (KMK)

05-B-25081 (ASH)

ORDER

KENNETH M. KARAS, District Judge:

Discovery in the above-referenced case is now complete. Although the bankruptcy court scheduled a trial date, Defendants do not consent to trying the case in bankruptcy court pursuant to 28 U.S.C. § 157(e). Accordingly, Defendants' motion to withdraw the bankruptcy reference is GRANTED. The Parties shall return for a conference on May 21, 2008 at 11:30 a.m.

The Clerk of Court is respectfully directed to close the pending motion (Dkt. No. 1).

SO ORDERED.

Dated:     May 2, 2008
             White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Service List:

Richard L. Koral, Esq.
60 East 42nd Street
Suite 2320
New York, NY 10165
(212) 682-1212
*Counsel for Debtor*

Bijan Amini, Esq.
Jonathan Bardavid, Esq.
Storch, Amini & Munves, P.C.,
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
Fax: (212) 490-4208
Email: amini@samlegal.com
*Counsel for Plaintiff*

Carl W. Oberdier, Esq.
Jean Cho, Esq.
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022
(212) 753-5000
Fax: (212) 753-5044
Email: coberdier@schiffhardin.com
*Counsel for Defendant*